# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| ABRAR OMEISH,<br><br>　　Plaintiff,<br><br>v.<br><br>SHERIFF STACEY ANN KINCAID, et al.<br><br>　　Defendants. | Case No.: 1:21-cv-35 |

## CONSENT MOTION TO CONTINUE PRE-TRIAL CONFERENCE

COMES NOW, defendant Officer J. Patrick, by counsel, and hereby moves this honorable court, with the consent of all parties, for a continuance of the pre-trial conference scheduled for February 18, 2022, and in support relies upon his memorandum of points and authorities.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　**OFFICER J. PATRICK,**
　　　　　　　　　　　　　　　　　　　　　　By Counsel

**McGavin, Boyce, Bardot, Thorsen & Katz, P.C.**


　/s/
Dawn E. Boyce (VSB No: 32923)
9990 Fairfax Blvd.
Suite 400
Fairfax, Virginia 22030
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
dboyce@mbbtklaw.com
*Counsel for Officer J. Patrick*

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed the foregoing Consent Motion to Continue the Pre-Trial Conference with the Clerk of Court using the CM/ECF system, which will accomplish service on all parties who have appeared by counsel

Lena Masri, VSB No. 93291
Gadeir Abbas, VSB No. 81161
Justin Sadowsky, Esquire
CAIR NATIONAL LEGAL DEFENSE FUND
453 New Jersey Avenue, S.E.
Washington, D.C. 20003
*Counsel for Plaintiff*

Alexander Francuzenko, Esquire
Cook, Craig & Francuzenko, PLLC
3050 Chain Bridge Rd., #200
Fairfax, VA 22030
alex@cookcraig.com
*Counsel for Sheriff Stacy Ann Kincaid*

                                                    /s/
                                          Dawn E. Boyce