IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ABRAR OMEISH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:21-cv-00035-LO-IDD |
| | : | |
| SHERIFF STACEY ANN KINCAID, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendant Sheriff Kincaid, hereby moves for entry of a Protective Order limiting Plaintiff's Interrogatories and Requests for Production of Documents in the above captioned matter. The reasons supporting this Motion are set forth in the accompanying Memorandum

Respectfully Submitted,

_____/s/_____
Alexander Francuzenko, VSB # 36510
Philip C. Krone, VSB # 87723
Thea A. Paolini, VSB # 95925
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: 703.865.7480
Fax: 703.434.3510
alex@cookcraig.com
pkrone@cookcraig.com
tpaolini@cookcraig.com
*Counsel for Defendant Sheriff Stacey Kincaid*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2022, I served a copy of Defendant, Sheriff Stacey Kincaid's, Motion for a Protective Order upon the following via CM/ECF to:

Gadeir Ibrahim Abbas, Esq.
Lena F. Masri, Esq.
Justin Mark Sadowsky, Esq.
CAIR National Legal Defense Fund
453 New Jersey Avenue, SE
Washington, DC  20003
Phone:  (202) 488-8787
Fax:     (202) 379-3317
gabbas@cair.com
lmasri@cair.com
jsadowky@cair.com
*Counsel for Plaintiff*

Dawn E. Boyce, Esq.
Nicole Lee Antolic, Esq.
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9900 Fairfax Blvd. – Suite 400
Fairfax, VA  22030
Phone: (703) 385-1000
Fax:     (703) 385-1555
dboyce@mbbtklaw.com
nantolic@bmbbtklaw.com
*Counsel for Defendant J. Patrick*

_____/s/_____
Alexander Francuzenko, VSB #36510